J. CHARLES COONS, ESQ.
Nevada Bar No. 10553
Charles@coopercoons.com
THOMAS MISKEY, ESQ.
Nevada Bar No. 13540
Thomas@coopercoons.com
COOPER COONS, LTD.
10655 Park Run Drive, Suite 130
Las Vegas, Nevada 89144
(702) 998-1500
*Attorneys for Equisource, LLC*

# UNITED STATED DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A.,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ELDORADO NEIGHBORHOOD SECOND HOMEOWNERS ASSOCIATION;<br>1832 FEATHERBROOK AVENUE TRUST,<br><br>　　　　Defendants. | Case No.: 2:17-cv-00357<br><br><br><br>**STIPULATION AND ORDER** |
| EQUISOURCE, LLC, as trustee for the 1832 FEATHERBROOK AVENUE TRUST<br><br>　　　　Counterclaimant,<br>vs.<br><br>BANK OF AMERICA, N.A.;<br><br>　　　　Counterdefendants. | |
| EQUISOURCE, LLC, as trustee for the 1832 FEATHERBROOK AVENUE TRUST<br><br>　　　　Crossclaimant,<br>vs.<br><br>ELDORADO NEIGHBORHOOD SECOND HOMEOWNERS ASSOCIATION, a Nevada non-profit corporation,<br><br>　　　　Crossdefendant. | |

///

///

1

Pursuant to the agreement of all the parties, BANK OF AMERICA, N.A. agrees to set aside the clerk's default (ECF No. 18) against 1832 the Featherbrook Avenue Trust and withdraw its Motion for Default Judgment (ECF No. 27).

EQUISOURCE, LLC as trustee for the 1832 Featherbrook Avenue Trust shall be permitted to file an amended answer to Plaintiff's Complaint (ECF No. 1) whereby EQUISOURCE, LLC shall not be permitted to assert claims against any of the named parties.

EQUISOURCE, LLC shall be permitted to file a response to all pending motions for summary judgment no later than November 30, 2017.

| | |
|---|---|
| DATED this 9th day of November, 2017 | DATED this 9th day of November, 2017 |
| COOPER COONS, LTD. | AKERMAN, LLP. |
| BY:   /s/ Thomas Miskey<br>J. CHARLES COONS, ESQ.<br>Nevada Bar No. 10553<br>THOMAS MISKEY, ESQ.<br>Nevada Bar No. 13540<br>10655 Park Run Drive, Suite 130<br>Las Vegas, Nevada 89144<br>*Attorneys for Equisource, LLC* | BY:/s/ Scott Lachman_____<br>MELANIE D. MORGAN, ESQ.<br>Nevada Bar No. 8215<br>SCOTT R. LACHMAN, ESQ.<br>Nevada Bar No. 12016<br>1160 Town Center Drive, Suite 330<br>Las Vegas, Nevada 89144<br>*Attorneys for Bank of America, N.A.* |

DATED this 9th day of November, 2017.
PENGILLY LAW FIRM

BY: /s/ Ryan Hastings_____
SEAN L. ANDERSON, ESQ.
Nevada Bar No. 7259
RYAN D. HASTINGS, ESQ.
Nevada Bar No. 12394
8945 West Russell Road, Suite 330
Las Vegas, Nevada 89148
*Attorneys for Eldorado Neighborhood*
*Second Homeowners' Association*

**ORDER**

IT IS SO ORDERED.

DATED: _____November 13 \_\_\_, 2017.

_____
UNITED STATES MAGISTRATE JUDGE